# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ABRAHAM CRUZADO, | ) | 3:16-cv-00690-MMD-WGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| ISIDRO BACA, et al., | ) | |
| Defendants. | ) | |

In view of the agreement of the parties as to the identification of a Defendant who has been referred to as "Marianne Moses" and "Michelle Hicks-Moses" (ECF No. 25), it is hereby ordered that:

1. Marianne Moses is not a defendant in this action;

2. Any reference to Marianne Moses (see, e.g., ECF No. 5-1 at 5) is stricken from the caption; and

3. Michelle Hicks-Moses is substituted into this case for and in place of Marianne Moses (ECF No. 25 at 3) as a Defendant and will be deemed the individual against who certain claims were to allowed to proceed under the Screening Order (ECF No. 5 at 7, 20).

The Office of the Attorney General has accepted service for Michelle Hicks-Moses (ECF No. 25).

**IT IS SO ORDERED.**

DATED: April 16, 2018.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE