# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABRAHAM CRUZADO, | Case No.: 3:16-cv-00690-MMD-WGC |
| Plaintiff | **Order** |
| v. | Re: ECF No. 79 |
| ISIDRO BACA, et. al., | |
| Defendants | |

Defendants have filed a motion requesting a seven-day extension of time to file supplemental discovery responses. (ECF No. 79.) The motion is **GRANTED**. Defendants have up to and including **December 13, 2018**, to file and serve the supplemental discovery responses.

**IT IS SO ORDERED**.

Dated: December 7, 2018

William G. Cobb
United States Magistrate Judge