UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ABRAHAM CRUZADO,

        Plaintiff,

v.

ISIDRO BACA, et al.,

        Defendants

Case No. 3:16-cv-00690-MMD-WGC

ORDER RE:

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Abraham Cruzado, appearing *pro se*, and Defendants, Romeo Aranas, Isidro Baca, Candis Brockway, Jayson Brumfeld, Javier Castro, Karen Gedney, John Henley, Michelle Hicks-Moses, Melissa Mitchell, Shannon Moyle, Jonathan Perry, and David Vest (Defendants) by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///

///

///

///

1

| | |
|---|---|
| 1 | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs. |

\* \* \*

DATED this 31 day of July, 2019.　　　DATED this 31st day of July, 2019.

　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　Attorney General

By: _____　　By: _____
ABRAHAM CRUZADO #34564　　　　　　　　IAN CARR
*Plaintiff, Pro Se*　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Bureau of Litigation
　　　　　　　　　　　　　　　　　　　　Public Safety Division

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: 8/1/2019

2